UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

| | |
|---|---|
| Intralinks, Inc.<br><br>    Plaintiff,<br>v.<br><br>Lone Star Document Management, LLC<br><br>    Defendant. | Civil Action No. 1:15-cv-08064-JSR<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)

WHEREAS, on October 14, 2015, Plaintiff Intralinks, Inc. ("Intralinks") filed a Complaint for Declaratory Judgement that U.S. Patent No. 6,918,082, entitled "Electronic Document Proofing System" (the "'082 patent") and assigned to Defendant Lone Star Document Management, LLC ("Lone Star"), is invalid and not infringed;

WHEREAS, on October 13, 2015, Intralinks filed a petition for Covered Business Method (CBM) review of the '082 patent, Case No. CBM2016-00005 (the "CBM Review"); and

WHEREAS, Lone Star has not yet served an answer to Intralinks's Complaint for Declaratory Judgement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Intralinks and Lone Star ("the Parties") stipulate to a dismissal of this action without prejudice.

2. The Parties have further agreed that (A) the Parties will not file further actions against each other in connection with the '082 patent until the U.S. Patent and Trademark Office

dc-812058

has issued a final decision in the CBM Review and all related appeals have been exhausted;

(B) upon exhaustion of all appeals, Intralinks will have 10 days to file a Complaint for Declaratory Judgment in connection with the '082 patent in the S.D.N.Y. (the "10-Day Period");

(C) Lone Star will not file any actions against Intralinks during the 10-Day Period; and (D) after the 10-Day Period, either party may file an action against the other in connection with the '082 patent.

SO STIPULATED AND AGREED

Dated: November 19 , 2015
       New York, New York

Respectfully submitted,

*[signature]*

Kyle W.K. Mooney
KMooney@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 336-4092
Fax: (212) 468-7900

Michael A. Jacobs *(admitted pro hac vice)*
MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA
Tel: (415) 268-7455
Fax: (415) 268-7522

Daniel P. Muino *(admitted pro hac vice)*
DMuino@mofo.com
Fahd H. Patel *(admitted pro hac vice)*
FPatel@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Suite 6000
Washington, D.C. 20006
Tel: (202) 887-1501
Fax: (202) 887-0763

*[signature]*

Timothy Devlin
tdevlin@devlinlawfirm.com
Robert Kiddie
rkiddie@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1306 N. Broom St., 1st Floor
Wilmington, DE 19806
Tel: (302) 449-9010
Fax: (302) 535-4215

*Attorneys for Defendant*
*Lone Star Document Management, LLC*

SO ORDERED:

*[signature]*
U.S.D.J.   11-21-15

*Attorneys for Plaintiff
Intralinks, Inc.*